# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LECENYA COBB,

    Plaintiff,

v.                                    Case No. 11-14908

WELTMAN WEINBERG AND REIS, CO. OF
MICHIGAN,

    Defendant.
                                                 /

## ORDER OF VOLUNTARY DISMISSAL

In accordance with Plaintiff's "Notice of Voluntary Dismissal With Prejudice Without Costs to Either Party," filed on December 27, 2011,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE.

                                                        s/Robert H. Cleland
                                                        ROBERT H. CLELAND
                                                        UNITED STATES DISTRICT JUDGE

Dated: December 28, 2011


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 28, 2011, by electronic and/or ordinary mail.

                                                         s/Lisa G. Wagner
                                                       Case Manager and Deputy Clerk
                                                      (313) 234-5522